| | |
|---|---|
| BINGHAM MCCUTCHEN LLP | STUART DELERY |
| Thomas S. Hixson (SBN 193033) | Assistant Attorney General |
| thomas.hixson@bingham.com | Civil Division, U.S. Department of Justice |
| Jordan Ray (SBN 265346) | |
| jordan.ray@bingham.com | MAAME EWUSI-MENSAH FRIMPONG |
| Jennifer S. Rosen (SBN 274867) | (SBN 222986) |
| jennifer.rosen@bingham.com | Deputy Assistant Attorney General |
| | Civil Division |
| Three Embarcadero Center | |
| San Francisco, CA 94111-4067 | MICHAEL S. BLUME (PA 78525) |
| (415) 393-2000 | Director, Consumer Protection Branch |
| Fax: (415) 393-2286 | |
| | LAUREN HASH BELL (TX 24050728) |
| CHERYL LEAHY (SBN 270665) | Trial Attorney, Consumer Protection Branch |
| Compassion Over Killing | lauren.hash.bell@usdoj.gov |
| | |
| CARTER DILLARD (SBN 206276) | 450 5th St. NW, Room 6400 S |
| Animal Legal Defense Fund | Washington, DC 20530 |
| | (202) 353-1991 |
| Attorneys for Plaintiffs | Fax: (202) 514-8742 |
| | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMPASSION OVER KILLING et al., | CASE NO. 4:13-CV-01385-VC |
| Plaintiffs, | |
| v. | **JOINT STIPULATION REGARDING SCHEDULING FOR FILING DISPOSITIVE BRIEFING** |
| FOOD AND DRUG ADMINISTRATION et al., | |
| Defendants. | |

All parties in the above-captioned matter have entered an agreement regarding the schedule for the filing of dispositive briefing in this case. The parties hereby respectfully file this stipulated request for the Court to enter the agreed-to briefing schedule, as described and explained below.

JOINT SCHEDULING STIPULATION
4:13-cv-01385-VC

1. On February 6, 2014, the parties filed a stipulation proposing that the Court order a schedule for the filing of dispositive briefing in this case, including a six-brief cross-motion for summary judgment schedule.

2. On the same day, the Court filed an Order adopting the parties' proposed briefing schedule.

3. On April 17, 2014, this case was reassigned to the Honorable Vince Chhabria for all further proceedings. Pursuant to the Order Reassigning Case, all briefing deadlines remain in place following reassignment.

4. The Judge's standing order requires that, in the event of cross-motions for summary judgment, the parties must file a total of four briefs sequentially, rather than three pairs of simultaneous briefs. The standing order further states that the parties may submit a stipulation and proposed order setting a briefing schedule for cross-motions for summary judgment.

5. The parties have met and conferred concerning the case reassignment and the Judge's standing order and agreed that given the case reassignment, the previously ordered briefing schedule in this case should be stricken, and the following schedule should be adopted:

   a. On or before July 23, 2014, plaintiffs shall file a motion for summary judgment.

   b. On or before August 27, 2014, defendants shall file an opening/opposition brief. If defendants do not move for dismissal pursuant to Federal Rule of Civil Procedure 12(b), defendants shall also answer plaintiff's complaint on or before August 27, 2014.

   c. On or before September 26, 2014, plaintiffs shall file their opposition/reply brief.

   d. On or before October 27, 2014, defendants shall file their reply brief in support of their motion for summary judgment.

   e. On or before November 14, 2014, the parties shall file a joint appendix, containing the portions of the administrative record relied on by either party.

JOINT SCHEDULING STIPULATION
4:13-cv-01385-VC

| | | |
|---|---|---|
| 1 | DATED:  May 1, 2014 | Respectfully submitted, |
| 2 | | By: /s/  Lauren H. Bell |
| 3 | | LAUREN HASH BELL |
| | | Trial Attorney, Consumer Protection Branch |
| 4 | | On behalf of Defendants |
| 5 | | By: /s/ Jordan Ray |
| | | Jordan Ray |
| 6 | | BINGHAM MCCUTCHEN LLP |
| 7 | | Jordan Ray |
| | | Jennifer S. Rosen |
| 8 | | On behalf of Plaintiffs |

JOINT SCHEDULING STIPULATION
4:13-cv-01385-VC

**[PROPOSED] ORDER**

The terms and conditions of this Joint Stipulation Regarding Scheduling for Filing Dispositive Briefing are hereby adopted as an ORDER of this Court. The following schedule is entered in this case:

a. On or before July 23, 2014, plaintiffs shall file a motion for summary judgment.

b. On or before August 27, 2014, defendants shall file an opening/opposition brief. If defendants do not move for dismissal pursuant to Federal Rule of Civil Procedure 12(b), defendants shall also answer plaintiff's complaint on or before August 4, 2014.

c. On or before September 26, 2014, plaintiffs shall file their opposition/reply brief.

d. On or before October 27, 2014, defendants shall file their reply brief in support of their motion for summary judgment.

e. On or before November 14, 2014, the parties shall file a joint appendix, containing the portions of the administrative record relied on by either party.

DATED: April 2, 2014

_____
HON. VINCE CHHABRIA
United States District Judge

[PROPOSED] ORDER
4:13-cv-01385-VC