| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>Thomas S. Hixson (SBN 193033)<br>thomas.hixson@bingham.com<br>Jordan Ray (SBN 265346)<br>jordan.ray@bingham.com<br>Jennifer S. Rosen (SBN 274867)<br>jennifer.rosen@bingham.com<br><br>　Three Embarcadero Center<br>　San Francisco, CA 94111-4067<br>　(415) 393-2000<br>　Fax: (415) 393-2286<br><br>CHERYL LEAHY (SBN 270665)<br>Compassion Over Killing<br><br>CARTER DILLARD (SBN 206276)<br>Animal Legal Defense Fund<br><br>Attorneys for Plaintiffs | STUART DELERY<br>Assistant Attorney General<br>Civil Division, U.S. Department of Justice<br><br>MICHAEL S. BLUME (PA 78525)<br>Director, Consumer Protection Branch<br><br>LAUREN HASH BELL (TX 24050728)<br>Trial Attorney, Consumer Protection Branch<br>lauren.hash.bell@usdoj.gov<br><br>　450 5th St. NW, Room 6400 S<br>　Washington, DC 20530<br>　(202) 353-1991<br>　Fax: (202) 514-8742<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPASSION OVER KILLING et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>FOOD AND DRUG ADMINISTRATION et al.,<br><br>　　　Defendants. | CASE NO. 3:13-CV-01385-VC<br><br>**JOINT STIPULATION TO CORRECT SCHEDULING ORDER** |

Defendants submitted a Proposed Order attached to a Joint Stipulation Regarding Scheduling for Filing Dispositive Briefing on May 5, 2014 (ECF No. 30) with a typographical error. The date for Defendants to answer Plaintiffs on the Proposed Order should have been August 27th, not August 4th. August 27th is the date agreed to by the parties and was the date set forth in the Stipulation. The parties chose August 27th because they contemplated the

JOINT STIPULATION TO CORRECT SCHEDULING ORDER
3:13-cv-01385-VC

Defendants' answer being due the same day as their opening brief.  The Court entered an Order adopting the mistaken August 4th deadline for the Defendants' Answer from the Proposed Order (ECF No. 31).  The parties respectfully request that the Court extend the deadline for the Defendants to answer Plaintiffs' Complaint to August 27th, as originally agreed to by the parties.

DATED: June 19, 2014                            Respectfully submitted,

                                                      By: /s/ Lauren H. Bell
                                                          LAUREN HASH BELL
                                                          Trial Attorney, Consumer Protection Branch
                                                          On behalf of Defendants

                                                     By: /s/ Jordan Ray
                                                          Jordan Ray
                                                          BINGHAM MCCUTCHEN LLP
                                                          Jordan Ray
                                                          Jennifer S. Rosen
                                                          On behalf of Plaintiffs

1

**[PROPOSED] ORDER**

Having reviewed the parties' Joint Stipulation to Correct the Scheduling Order, and for good cause shown,

IT IS HEREBY ORDERED:

Defendants' time to answer, move, or otherwise respond to the Complaint is extended to and including August 27, 2014.

ENTERED this 25th day of June, 2014.

DATED: June 25, 2014

_____
HON. VINCE CHHABRIA
United States District Judge

[PROPOSED] ORDER
4:13-cv-01385-VC