BINGHAM MCCUTCHEN LLP
Jennifer S. Rosen (SBN 274867)
jennifer.rosen@bingham.com
Thomas S. Hixson (SBN 193033)
thomas.hixson@bingham.com
Jordan Ray (SBN 265346)
jordan.ray@bingham.com

Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 393-2000
Fax: (415) 393-2286

CHERYL LEAHY (SBN 270665)
Compassion Over Killing

CARTER DILLARD (SBN 206276)
Animal Legal Defense Fund

Attorneys for Plaintiffs

STUART DELERY
Assistant Attorney General
Civil Division, U.S. Department of Justice

MICHAEL S. BLUME (PA 78525)
Director, Consumer Protection Branch

ANN F. ENTWISTLE (MN 0391111)
Trial Attorney, Consumer Protection Branch
ann.f.entwistle@usdoj.gov

450 5th St. NW, Room 6400 S
Washington, DC 20530
(202) 305-3630
Fax: (202) 514-8742

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPASSION OVER KILLING et al., <br><br> Plaintiffs, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION et al., <br><br> Defendants. | CASE NO. 3:13-CV-01385-VC <br><br> **JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN CROSS-BRIEFING FOR SUMMARY JUDGMENT** |

Defendants the Food and Drug Administration and the Honorable Margaret Hamburg, M.D., its Commissioner; the Agriculture Marketing Service and the Honorable David R. Shipman, its Administrator; the Food Safety Inspection Service and the Honorable Alfred V. Almanza, its Administrator; and the Federal Trade Commission and the Honorable Edith Ramirez, its Chairman (collectively, "Defendants"), along with Plaintiffs Compassion Over

JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN CROSS-BRIEFING FOR SUMMARY JUDGMENT
3:13-cv-01385-VC

Killing, Animal Legal Defense Fund, Elizabeth Barrett, Andrea Bock, Linda Calbreath, Jason Canada, Jeri Opalk, and Humberto Retana (collectively, "Plaintiffs") by and through their counsel of record, file this Joint Motion for Leave to Exceed Page Limit in Cross-Briefing for Summary Judgment, and in support thereof state as follows:

1. This Honorable Court's Standing Order for Civil Cases requires that, in the event of cross-motions for summary judgment, the parties must file a total of four briefs sequentially, with the first two briefs limited to 25 pages, the third brief limited to 20 pages, and the fourth brief limited to 15 pages.

2. Plaintiffs filed a Motion for Summary Judgment on July 23, 2014. (Doc. 35) Defendants' opposition and cross-motion for summary judgment is due August 27, 2014.

3. In this action, Plaintiffs challenge the denial of four separate citizen petitions requesting the initiation of rulemaking proceedings by three separate defendant federal agencies: the Food and Drug Administration; the Federal Trade Commission; and the Agriculture Marketing Service and Food Safety Inspection Service within the United States Department of Agriculture. While each of the petitions requested promulgation of the same new regulations, each federal agency analyzed the petition with regard to the specific statutes enforced by that agency. Each agency's actions in denying Plaintiffs' citizen petition therefore require an independent legal analysis under the Administrative Procedures Act.

4. For purposes of efficiency, all Defendants intend to file one consolidated brief in support of summary judgment and in opposition to Plaintiffs' motion. However, in order to substantively address each agency's denial of Plaintiffs' citizen petitions and the legality of each agency's actions under the Administrative Procedures Act, Defendants require more than 25 pages for their consolidated brief.

5. Defendants request leave of this Court to file one, consolidated brief on behalf of all Defendants, which shall not exceed 40 pages.

6. Correspondingly, Plaintiffs request leave of this Court to file a reply/opposition brief limited to 35 pages.

JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN CROSS-BRIEFING FOR SUMMARY JUDGMENT
3:13-cv-01385-VC

1   7. Defendants request leave of this Court to file a reply brief limited to 20 pages.

2   For all the foregoing reasons, the parties respectfully request that this Court grant their

3   Joint Motion for Leave to Exceed Page Limit in Cross-Briefing for Summary Judgment.

DATED:  August 21, 2014                                      Respectfully submitted,

                                        By:     STUART DELERY
                                                Assistant Attorney General, Civil Division

                                                MICHAEL S. BLUME
                                                Director, Consumer Protection Branch

                                                /s/  Ann Entwistle
                                                ANN ENTWISTLE
                                                Trial Attorney, Consumer Protection Branch
                                                On behalf of Defendants

                                        By: /s/ Jennifer S. Rosen
                                                Jennifer S. Rosen
                                                BINGHAM MCCUTCHEN LLP
                                                Jennifer S. Rosen
                                                On behalf of Plaintiffs

JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN CROSS-BRIEFING FOR SUMMARY JUDGMENT
3:13-cv-01385-VC

# [PROPOSED] ORDER

Having reviewed the parties' Joint Motion for Leave to Exceed Page Limit in Cross-Briefing for Summary Judgment, and for good cause shown,

**IT IS HEREBY ORDERED:**

The parties' joint motion is **GRANTED**.  Defendants' opening/opposition brief is limited to 40 pages.  Plaintiffs' opposition/reply is limited to 35 pages.  Defendants' reply is limited to 20 pages.

ENTERED this 25th day of August, 2014.

DATED: August 25, 2014

_____
HON. VINCE CHHABRIA
United States District Judge

[PROPOSED] ORDER
3:13-cv-01385-VC