| | |
|---|---|
| BINGHAM MCCUTCHEN LLP | JOYCE R. BRANDA |
| Jennifer S. Rosen (SBN 274867) | Acting Assistant Attorney General |
| jennifer.rosen@bingham.com | Civil Division, U.S. Department of Justice |
| Thomas S. Hixson (SBN 193033) | |
| thomas.hixson@bingham.com | MICHAEL S. BLUME (PA 78525) |
| Jordan Ray (SBN 265346) | Director, Consumer Protection Branch |
| jordan.ray@bingham.com | |
| | ANN F. ENTWISTLE (MN 0391111) |
| Three Embarcadero Center | Trial Attorney, Consumer Protection Branch |
| San Francisco, CA 94111-4067 | ann.f.entwistle@usdoj.gov |
| (415) 393-2000 | |
| Fax: (415) 393-2286 | 450 5th St. NW, Room 6400 S |
| | Washington, DC 20530 |
| CHERYL LEAHY (SBN 270665) | (202) 305-3630 |
| Compassion Over Killing | Fax: (202) 514-8742 |
| | |
| CARTER DILLARD (SBN 206276) | Attorneys for Defendants |
| Animal Legal Defense Fund | |
| | |
| Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPASSION OVER KILLING et al., ) | CASE NO. 3:13-CV-01385-VC |
| Plaintiffs, ) | |
| v. ) | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| FOOD AND DRUG ADMINISTRATION et al., ) | |
| Defendants. ) | |

Pursuant to Civil Local Rules 6-2 and 7-12 and this Court's Standing Order, Defendants the Food and Drug Administration and the Honorable Margaret Hamburg, M.D., its Commissioner; the Agriculture Marketing Service and the Honorable David R. Shipman, its Administrator; the Food Safety Inspection Service and the Honorable Alfred V. Almanza, its Administrator; and the Federal Trade Commission and the Honorable Edith Ramirez, its

JOINT STIPULATION TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
3:13-cv-01385-VC

Chairman (collectively, "Defendants"), along with Plaintiffs Compassion Over Killing, Animal Legal Defense Fund, Elizabeth Barrett, Andrea Bock, Linda Calbreath, Jason Canada, Jeri Opalk, and Humberto Retana (collectively, "Plaintiffs") by and through their counsel of record, hereby stipulate as follows:

1. On July 23, 2014, Plaintiffs filed their Motion for Summary Judgment (Doc. 35) and noticed a hearing for December 4, 2014 at 10:00 a.m. On August 27, 2014, Defendants filed a Cross-Motion for Summary Judgment (Doc. 40) and noticed the same hearing date.

2. Under the Court's Order setting a briefing schedule for cross-motions for summary judgment, Defendants' reply brief shall be filed on or before October 27, 2014. On or before November 14, 2014, the parties shall file a joint appendix, containing the portions of the administrative record relied on by either party.

3. Lead counsel for Defendants, Ann F. Entwistle, was recently granted the opportunity to attend professional training from December 2-4, 2014. Additionally, counsel for the Federal Trade Commission was ordered on October 1, 2014 to file an appellate brief with the Court of Appeals for the District of Columbia Circuit on December 10, 2014. This obligation would prevent her from travelling to California for the noticed hearing on December 4, 2014.

4. The parties met and conferred and agreed to a brief, one week extension of the hearing date on cross-motions for summary judgment.

5. The parties request that the Court continue the December 4 hearing date one week to December 11, 2014.

6. The parties have not requested any previous extensions or modifications of the dispositive motion briefing schedule entered by the Court on April 5, 2014. The parties previously requested and received a stay of the case to allow the Food and Drug Administration to review and respond to Plaintiffs' citizen petition, in order to significantly narrow and resolve some of the issues in this case.

7. The requested modification will have no effect on any other date in the schedule for the above-captioned case.

JOINT STIPULATION TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
3:13-cv-01385-VC

1  For all the foregoing reasons, the parties respectfully request that this Court continue the
2  hearing on the parties' cross-motions for summary judgment one week, to December11, 2014.

DATED: October 14, 2014                         Respectfully submitted,

                                              By:    STUART DELERY
                                                       Assistant Attorney General, Civil Division

                                                       MICHAEL S. BLUME
                                                     Director, Consumer Protection Branch

                                                       /s/  Ann Entwistle
                                                      ANN ENTWISTLE
                                                       Trial Attorney, Consumer Protection Branch
                                                       On behalf of Defendants

                                              By: /s/ Jennifer S. Rosen
                                                 Jennifer S. Rosen
                                                 BINGHAM MCCUTCHEN LLP
                                                 Jennifer S. Rosen
                                                 On behalf of Plaintiffs

JOINT STIPULATION TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
3:13-cv-01385-VC

# [PROPOSED] ORDER

Having reviewed the parties' Joint Stipulation to Continue Hearing on Cross-Motions for Summary Judgment, and for good cause shown,

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the hearing on the parties cross-motions for summary judgment (Dkt. Nos. 35, 40), scheduled to take place on December 4, 2014, is hereby continued to December 11, 2014 at 10:00 a.m. in Courtroom 4 on the 17th floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102.

ENTERED this 15th day of October, 2014.

DATED: October 15, 2014                          _____
                                                 HON. VINCE CHHABRIA
                                                 United States District Judge

[PROPOSED] ORDER
3:13-cv-01385-VC