UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPASSION OVER KILLING, et al., <br><br> Plaintiff, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, et al., <br><br> Defendant. | 13-cv-01385-VC <br><br> **JUDGMENT** |

The Court, having granted in full the defendants' motion for summary judgment, now enters judgment in favor of the defendants and against the plaintiffs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: December 19, 2014

_____
VINCE CHHABRIA
United States District Judge